[Civ. No. 190.   Third Appellate District.—July 12, 1900.]

In the Matter of the Estate of W. B. SHIVELEY, Deceased. DANIEL SHIVELEY and WILLIAM B. SHIVELEY, Administrators, Appellants.

APPEAL—DISMISSAL—FAILURE TO FILE BRIEF.—An appeal will be dismissed upon motion of the respondent for failure to file any brief for appellants, though three years have elapsed since the transcript was filed, no appearance having been made for appellants to contest the motion.

MOTION to dismiss an appeal from a judgment of the Superior Court of Humboldt County. G. W. Hunter, Judge.

The facts are stated in the opinion of the court.

H. L. Ford, and J. S. Burnell, for Appellants.

J. N. Gillett, for Respondent.

THE COURT.—This is a motion to dismiss the appeal on the ground that appellants have failed to comply with supreme court rule No. 2, subdivision 4, [144 Cal. xl, 78 Pac. vii], requiring them to file their brief thirty days after the filing of the transcript. The motion is not contested, and as it has been more than three years since the transcript was filed and no brief has ever been filed, it seems to be peculiarly a case for the enforcement of said rule.

The appeal is dismissed.